# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA TIBBS on behalf of B.Z.T.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JOANNE B. BARNHART,  )<br>Commissioner, Social Security  )<br>Administration,  )<br>)<br>Defendant.  ) | Case No. CIV-05-399-SPS |

## JUDGMENT

In accordance with the Order entered herein on January 4th, 2007, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 4th day of January, 2007.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**